IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALMONDNET, INC., INTENT IQ, LLC, and DATONICS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LIVEINTENT, INC.<br><br>Defendant. | C.A. No. 24-831 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CONNATIX NATIVE EXCHANGE, INC.,<br><br>Defendant. | C.A. No. 24-1296 (MN) |
| ALMONDNET, INC. and DATONICS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ZETA GLOBAL CORP. and ZETA GLOBAL HOLDINGS CORP.,<br><br>Defendants. | C.A. No. 25-579 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CRITEO CORP.,<br><br>Defendant. | C.A. No. 25-1266 (MN) |

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIAOCEAN LLC, FLASHTALKING INC., and INNOVID CORP.,<br><br>Defendants. | C.A. No. 25-406 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VIANT TECHNOLOGY INC. and VIANT TECHNOLOGY LLC,<br><br>Defendants. | C.A. No. 25-566 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BYTEDANCE INC.,<br><br>Defendant. | C.A. No. 25-611 (MN) |
| INTENT IQ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>INVIDI TECHNOLOGIES CORPORATION,<br><br>Defendant. | C.A. No. 25-809 (MN) |

| | | |
|---|---|---|
| INTENT IQ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADFORM, INC.,<br><br>Defendant. | ) | C.A. No. 25-822 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>STACKADAPT, INC. and STACKADAPT U.S., INC.,<br><br>Defendants. | ) | C.A. No. 25-991 (MN) |
| INTENT IQ, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMBA TV, INC.,<br><br>Defendant. | ) | C.A. No. 25-1084 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MEDIA.NET SUPPORT, INC. and MEDIA.NET ADVERTISING FZ-LLC,<br><br>Defendants. | ) | C.A. No. 25-1354 (MN) |

| | |
|---|---|
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TABOOLA, INC.,<br><br>Defendant. | C.A. No. 25-1425 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APPLOVIN CORPORATION, WURL, LLC and ADJUST INC.,<br><br>Defendants. | C.A. No. 25-1473 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>EPSILON DATA MANAGEMENT, LLC, CONVERSANT LLC and CITRUS AD INTERNATIONAL, INC.,<br><br>Defendants. | C.A. No. 26-14 (MN) |
| ALMONDNET, INC. and INTENT IQ, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PINTEREST, INC.,<br><br>Defendant. | C.A. No. 26-82 (MN) |

| | | |
|---|---|---|
| INTENT IQ, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-89 (MN) |
| | ) | |
| TVSCIENTIFIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this 31st day of July 2026:

WHEREAS, Defendants LiveIntent, Inc.; Connatix Native Exchange, Inc.; Zeta Global Corp. and Zeta Global Holdings Corp.; and Criteo Corp. have moved to consolidate and coordinate their cases for all pretrial purposes (collectively "Motions to Consolidate");[1]

WHEREAS, the Court, after careful review of the parties' briefing and current case schedules, finds that these actions involve overlapping issues of law and fact, that consolidation will result in more efficient resolution of these disputes (for example by hearing claim construction in one combined *Markman* as opposed to serial *Markman*s), and that consolidation will not unduly delay these cases or prejudice any party; and

WHEREAS, Plaintiffs AlmondNet Inc. and Intent IQ have filed at least thirteen (13) other cases in this District that have substantial overlap in asserted patents, and the Court finds that those cases likewise involve common issues of law and fact, that consolidation of those actions will result in more efficient resolution of the disputes (for example by hearing claim construction in

---

[1] *AlmondNet, Inc. v. LiveIntent Inc.*, Case No. 24-831 (MN), D.I. 81 (Apr. 2, 2026 D. Del.); *AlmondNet, Inc. v. Connatix Native Exchange, Inc.*, Case No. 24-1296 (MN), D.I. 59 (Apr. 2, 2026 D. Del.); *AlmondNet, Inc. v. Zeta Global Corp.*, Case No. 25-579 (MN), D.I. 27 (Apr. 10, 2026 D. Del.); *AlmondNet, Inc. v. Criteo Corp.*, Case No. 25-1266 (MN), D.I. 13 (Apr. 15, 2026 D. Del.).

one combined *Markman* as opposed to serial *Markman*s),[2] and that consolidation will not unduly delay these cases or prejudice any party;

THEREFORE, IT IS HEREBY ORDERED that the Motions to Consolidate are **GRANTED** and the LiveIntent (24-831), Connatix (24-1296), Zeta (25-579), and Criteo (25-1266) cases are consolidated for all pretrial purposes;

IT IS FURTHER ORDERED that the Court is *sua sponte* consolidating the cases listed in footnote 2 with the LiveIntent, Connatix, Zeta, and Criteo cases for all pretrial purposes;

IT IS STILL FURTHER ORDERED that any pending scheduling order in the now-consolidated actions is **VACATED**. The parties are directed to meet and confer regarding a proposed coordinated scheduling order and submit a coordinated scheduling order within thirty (30) days of this order. The proposed coordinated scheduling order shall set forth dates through dispositive and *Daubert* motions.[3] All future filings shall be made in the lead case, C.A. No. 24-831 (MN).

Maryellen Noreika

The Honorable Maryellen Noreika
United States District Judge

---

2 *AlmondNet Inc. v. MediaOcean LLC*, Case No. 25-406 (MN); *AlmondNet Inc. v. Viant Tech. Inc.*, Case No. 25-566 (MN); *AlmondNet Inc. v. Bytedance Inc.*, Case No. 25-611 (MN); *AlmondNet Inc. v. StackAdapt, Inc.*, Case No. 25-991 (MN); *AlmondNet Inc. v. Media.net Support, Inc.*, Case No. 25-1354 (MN); *AlmondNet Inc. v. Taboola, Inc.*, Case No. 25-1425 (MN); *AlmondNet Inc. v. AppLovin Corp.*, Case No. 25-1473 (MN); *AlmondNet Inc. v. Epsilon Data Mgmt., LLC*, Case No. 26-14 (MN); *AlmondNet Inc. v. Pinterest, Inc.*, Case No. 26-82 (MN); *Intent IQ, LLC v. Invidi Techs. Corp.*, Case No. 25-809 (MN); *Intent IQ, LLC v. Adform, Inc.*, Case No. 25-822 (MN); *Intent IQ, LLC v. Samba TV, Inc.*, Case No. 25-1084 (MN); *Intent IQ, LLC v. tvScientific, Inc.*, Case No. 26-89 (MN).

3 The Court will address trial dates at a later date.